# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  DMYTRO NYZHNYK | ) | Case No. 23 B 06894 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: TIMOTHY A BARNES |

### AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

   **COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for September 07, 2023 10:30 am, for the following:

   Debtor has failed to provide copies of 60 days of pay advices and/or other evidence of income in accordance with 11 U.S.C. §§ 521(a)(1)(B), 1325(a)(1). Debtor to also provide proof of income from non-filing spouse.

   Debtor has failed to complete section 2.3 of the plan as required by 11 U.S.C. §§ 1325(a)(1). Debtor to uncheck the second box, check the third box and add the trustee's preferred tax language.

   Debtor has failed to properly fill out schedules in accordance with 11 U.S.C. §§ 521(a)(1)(B)(i). Debtor to amend schedule I to provide employer address.

   The Trustee requests bank statements from the months of May-August 2023. Disposable income under 11 U.S.C. 1325(b) cannot be determined until this is resolved.

   **WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper.  In the alternative, the Trustee requests a hearing on the matter.

Dated: August 21, 2023                                                              /s/ Thomas H. Hooper
                                                                                              _____

                                                                                              Thomas H. Hooper
                                                                                              Chapter 13 Trustee
                                                                                              55 E. Monroe St., Suite 3850
                                                                                              Chicago, IL 60603
                                                                                              (312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:   DMYTRO NYZHNYK | ) | Case No. 23 B 06894 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: TIMOTHY A BARNES |

## CERTIFICATE OF SERVICE

I, Kelleye Robinson, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

| | |
|---|---|
| FACTOR LAW<br>*Attorney for Debtor* | (via CM/ECF) |
| Patrick Layng<br>United States Trustee | (via CM/ECF) |
| DMYTRO NYZHNYK<br>2144 N WILLIAMSBURG DR<br>PALATINE, IL 60074<br>*Debtor* | (via U.S. Postal Service) |

Dated: August 21, 2023                                          /s/ Kelleye Robinson

Kelleye Robinson
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900